IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JOHN JOHNSON,

        Appellant,

  v.

                                  Case No.  5D23-482
                                  LT Case No. 2016-CF-4797

STATE OF FLORIDA,

        Appellee.

_____/

Decision filed May 9, 2023

3.850 Appeal from the Circuit Court
for Duval County,
Meredith Charbula, Judge.

John M. Johnson, Live Oak, pro se.

Ashley Moody, Attorney General,
and Holly N. Simcox, Assistant
Attorney General, Tallahassee,
for Appellee.


PER CURIAM.

     AFFIRMED.

EDWARDS, HARRIS and PRATT, JJ., concur.